UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-20851-Civ-COOKE/TORRES

JOAQUIN LORENZO, on behalf of himself and
all others similarly situated,

            Plaintiffs,

vs.

MILLERCOORS LLC, MOLSON COORS
BREWING COMPANY, and SABMILLER PLC,

            Defendants.

**NOTICE OF FILING PROPOSED ORDER RE MOTIONS TO DISMISS AND REQUEST FOR JUDICIAL NOTICE BY DEFENDANTS MILLERCOORS LLC, MOLSON COORS BREWING COMPANY, AND SABMILLER PLC**

      Defendants MillerCoors LLC ("MillerCoors"), Molson Coors Brewing Company ("Molson Coors"), and SABMiller plc ("SABMiller") (collectively, "Defendants"), respectfully submit the attached [Proposed] Order re Motions to Dismiss (ECF Nos. 9, 10, 11) and Request For Judicial Notice (ECF No. 12).

      The Court of Appeals entered an order dated July 31, 2017 remanding for this Court to provide additional information and explanation underlying its order dated September 22, 2016 (ECF No. 45), and the issues raised at the hearing on those orders concerning jurisdictional standing. Mandate was issued on August 30, 2017 (ECF No. 54). The attached proposed order is designed only to reflect the decisions that the Court has already rendered. It is based directly on the order the Court entered, the Court's decision not to issue any order concerning jurisdictional standing, the explanation that the Court provided at the hearing, and the briefs that supported the motions that this Court granted.

      The underlying issues have not been re-briefed. It is Defendants view that the Supplemental Authority filed by Plaintiff (ECF No. 55) is improper because it is not directly relevant and binding authority since it is an unpublished District Court decision out of the Ninth Circuit, it does not change the law, and the facts of this matter readily distinguish it.

1

As such, Defendants do not herein respond to the Supplemental Authority. If this Court decides to consider the Supplemental Authority or anything other than has been previously briefed, Defendants request the opportunity to respond to the new information.

Dated:  October 3, 2017

Respectfully submitted,

COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, PH 1
Miami, Florida  33133
Telephone:    (305) 858-2900
Facsimile:     (305) 858-5261

By:   s/  Paul J. Schwiep
Paul J. Schwiep (FBN 823244)
pschwiep@coffeyburlington.com
yvb@coffeyburlington.com
service@coffeyburlington.com

Christopher A. Cole, Esq. (admitted *pro hac vice*)
CCole@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:    (202) 624-2500
Facsimile:     (202) 628-5116

Michelle Gillette, Esq. (admitted *pro hac vice*)
MGillette@crowell.com
Joshua T. Foust, Esq. (admitted *pro hac vice*)
JFoust@crowell.com
CROWELL & MORING, LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone:    (415) 986-2800
Facsimile:     (415) 986-2827

*Counsel for Defendants MillerCoors LLC, Molson Coors Brewing Company, and SABMiller PLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 3rd day of October, 2016, on all counsel or parties of record on the below/attached Service List.

          s/   Paul J. Schwiep

## Service List

| | |
|---|---|
| **Elizabeth Lee Beck, Esq.**<br>elizabeth@beckandlee.com<br>**Jared H. Beck, Esq.**<br>jared@beckandlee.com<br>BECK & LEE TRIAL LAWYERS<br>Corporate Park at Kendall<br>12485 Southwest 137 Avenue, Suite 205<br>Miami, Florida  33186<br>Telephone:     (305) 234-2060<br>Facsimile:      (786) 664-3334<br><br>*Counsel for Plaintiff and the Proposed Class* | **Antonino G. Hernandez, Esq.**<br>Hern8491@bellsouth.net<br>ANTONINO G. HERNANDEZ, P.A.<br>4 Southeast 1 Street, Second Floor<br>Miami, Florida  33131<br>Telephone:     (305) 282-3698<br>Facsimile:     (786) 513-7748<br><br>*Counsel for Plaintiff and the Proposed Class* |
| **Cullin O'Brien, Esq.**<br>cullin@cullinobrienlaw.com<br>CULLIN O'BRIEN LAW, P.A.<br>6541 Northeast 21 Way<br>Fort Lauderdale, Florida  33308<br>Telephone:     (561) 676-6370<br>Facsimile:     (561) 320-0285<br><br>*Counsel for Plaintiff and the Proposed Class* | **Dale M. Johnson, II, Esq.**<br>DMJohnson@shb.com<br>SHOOK HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri  64108-2613<br>Telephone:     (816) 474-6550<br>Facsimile:     (816) 421-5547<br><br>*Counsel for Defendant SABMiller PLC* |
| **Tammy B. Webb, Esq.**<br>TBWebb@shb.com<br>*(admitted pro hac vice)*<br>SHOOK HARDY & BACON LLP<br>One Montgomery Street, Suite 2700<br>San Francisco, California  94104<br>Telephone:     (415) 544-1900<br>Facsimile:     (415) 391-0281<br><br>*Counsel for Defendant SABMiller PLC* | **Rachel A. Canfield, Esq.**<br>RCanfield@shb.com<br>SHOOK HARDY & BACON LLP<br>201 South Biscayne Boulevard, Suite 2300<br>Miami, Florida  33131<br>Telephone:     (305) 358-5171<br>Facsimile:     (305) 358-7470<br><br>*Counsel for Defendant SABMiller PLC* |
| **David S. Johnson,  Esq.**<br>DDJohnson@shb.com<br>SHOOK HARDY & BACON LLP<br>100 North Tampa Street, Suite 2900<br>Tampa, Florida,  33602<br>Telephone:     (813) 202-7100<br>Facsimile:              (813) 221-8837<br><br>*Counsel for Defendant SABMiller PLC* | |

SFACTIVE-904602567.1..